**Appeal Reinstated and Order filed April 7, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00415-CV**

———————

## IN THE INTEREST OF J.C.P., JR. AND C.N.P., CHILDREN

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-36000**

## ORDER

Pursuant to our order of February 10, 2022, a supplemental clerk's record has been filed containing the trial court's findings of fact and conclusions of law. The record does not reflect a request for specified additional or amended findings or conclusions was filed. Accordingly, the appeal is reinstated.

Appellant's supplemental or amended brief is to be filed within thirty days of the date of this order. Appellee's brief will be due within sixty days of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.